The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MINGQI WANG, *et al.*,

                    Plaintiffs,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

                    Defendants.

Case No. 2:26-cv-00981-KKE

STIPULATED MOTION TO STAY AND
ORDER

Noted for Consideration:
June 3, 2026

For good cause, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, the Parties hereby jointly stipulate and move to stay these proceedings for 60 days. Plaintiffs brought this action pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-829, Petition by Investor to Remove Conditions on Permanent Resident Status, applications.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION TO STAY AND  ORDER
[Case No. 2:26-cv-00981-KKE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

With an additional 60 days, the claims in this litigation may be resolved without the need for further judicial intervention. Accordingly, the parties respectfully request that there is good cause for the instant action be stayed for 60 days. The parties will submit a joint status report on or before the end of this period.

DATED this 3rd day of June, 2026.

Respectfully submitted,

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60465
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: sean.arenson@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 191 words, in compliance with the Local Civil Rules.

HACKING IMMIGRATION LAW, LLC

*s/ Christina Sullivan Castro*
CHRISTINA SULLIVAN CASTRO*
CA Bar # 328326
10121 Manchester Rd., Suite A
St. Louis, MO 63122
Phone: 314-961-8200
Email: csullivan@hackingimmigrationlaw.com

*\* Appearing Pro Hac Vice*

LAW OFFICE OF NICHOLAS POWER

*s/ Nicholas Power*
NICHOLAS POWER, WSBA No. 45974
540 Guard., Ste. 150
Friday Harbor, WA 98250
Phone: 360-298-0464
Email: nickedpower@gmail.com

*Attorneys for Plaintiffs*

STIPULATED MOTION TO STAY AND  ORDER
[Case No. 2:26-cv-00981-KKE] - 2

**ORDER**

The case is stayed.  The parties shall submit a status update within 60 days of this Order.

It is so **ORDERED**.


Dated this 3rd day of June, 2026.


_Kymberly K Evanson_
_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO STAY AND  ORDER
[Case No. 2:26-cv-00981-KKE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970