The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MINGQI WANG, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-00981-KKE<br><br>STIPULATED MOTION TO EXTEND STAY AND ORDER<br><br>Noted for Consideration:<br>July 30, 2026 |

For good cause, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, the parties hereby jointly stipulate and move to extend the stay of these proceedings by 60 days. Plaintiffs brought this action pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-829, Petition by Investor to Remove Conditions on Permanent Resident Status, applications.

On June 16, 2026, USCIS issued a Notice of Intent to Deny with a response deadline of July 19, 2026. USCIS has received Plaintiffs response and needs additional time to review it and take further adjudicative action.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With an additional 60 days, the claims in this action may be resolved without the need for further litigation. Accordingly, the parties respectfully submit that there is good cause for this action to be stayed for 60 days. The parties will submit a joint status report on or before the end of this period.

DATED this 30th day of July, 2026.

Respectfully submitted,

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60465
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: sean.arenson@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 230 words, in compliance with Local Civil Rules.*

*s/ Christina Sullivan Castro*
CHRISTINA SULLIVAN CASTRO,
CA Bar No. 328326
Hacking Immigration Law, LLC
10121 Manchester Rd., Suite A
St. Louis, MO 63122
Phone: 314-961-8200
Fax: 314-961-8201
Email: csullivan@hackingimmigrationlaw.com

*s/ Nicholas Power*
NICHOLAS POWER, WSBA No. 45974
Law Office of Nicholas Power
540 Guard., Ste. 150
Friday Harbor, WA 98250
Phone: 360-298-0464
Email: nickedpower@gmail.com

*Attorneys for Plaintiffs*

**ORDER**

The stay of this case is extended by 60 days to October 2, 2026. The parties shall submit a status update on or before that date. It is so ORDERED.

DATED this 31st day of July, 2026.

Kymberly K. Evanson
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970